Daniel A. CHRISTIAN, Petitioner–
Appellant,

v.

Alton BASKERVILLE, Warden,
Respondent–Appellee.

No. 01–6986.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 26, 2001.

Daniel A. Christian, pro se.

Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Daniel A. Christian appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Christian v. Baskerville*, No. CA–00–20–AM (E.D.Va. May 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*